IN THE UNITED STATES DISTRICT COURT FOR 

THE WESTERN DISTRICT OF OKLAHOMA

JACK HARNED, )
)
    Plaintiff, )
)
vs. ) No. CIV-13-404-W
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security )
Administration, )
)
    Defendant. )

## ORDER

On December 23, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this case and recommended that the decision of the defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Commissioner"), denying the Applications for Disability Insurance and Supplemental Security Income filed by plaintiff Jack Harned be affirmed. Harned was advised of his right to file written objections to the Report and Recommendation, but no objections have been filed within the allotted time.

Upon review of the record, the Court finds no error has occurred warranting the requested reversal and remand, and it concurs with Magistrate Judge Purcell's suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 16] issued on December 23, 2013;

(2) AFFIRMS the Commissioner's decision to deny Harned's Applications for Disability Insurance and Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this _14th_ day of January, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE